UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-21

IN ADMIRALTY

CASE NO.:  CIV - SEITZ

HOMERO MERUELO

      Plaintiff,

v.

LAS AMERICAS MARINE, INC.

      Defendants,

_____/

## COMPLAINT FOR DECLARATORY JUDGEMENT

The Plaintiff, HOMERO MERUELO, by and through its undersigned counsel and pursuant to 28 U.S.C. Section 2201 *et seq*, hereby files this action for Declaratory Judgement against the Defendant LAS AMERICAS MARINE, INC., and states as follows:

1. This is an action for Declaratory Relief on a notice of claim of a maritime lien that is within this Court's Admiralty and Maritime jurisdiction under 28 U.S.C. Section 1333. The Complaint herein sets forth an Admiralty and Maritime claim within the meaning of Rule 9(h) and the Federal Rules of Civil Procedure and Supplemental Rules for Certain Admiralty and Maritime Claims.

2. The Plaintiff MERUELO is a Florida RESIDENT and at all times material hereto was the owner of the motor vessel JUGUETE, a United States Coast Guard documented vessel, official number 1058431.

3. The Defendant is a Florida corporation with its principal place of business in Dade County, Florida.

CASE NO.
PAGE 2

4. On September 6, 2000 LAS AMERICAS filed a Notice of Claim of Lien against the JUGUETE in the amount of Six Thousand One Hundred Ninety Five Dollars and Sixty One Cents ($6,195.61). The Notice of Claim of Lien was filed with the National Vessel Documentation Center and is recorded on the vessel's United States Coast Guard Abstract of Title. The lien puts a cloud on the vessel's title.

5. On December 31, 2002 LAS AMERICAS filed a Notice of Claim of Lien against the JUGUETE in the amount of Four Thousand Five Hundred Eighty Nine Dollars and Thirty Cents ($4,589.30), alleging the lien was for "legal fees, administrative fees and interest" and was "complementary" to the $6,195.61 lien. The lien puts a cloud on the vessel's title.

6. LAS AMERICAS inexcusably delayed enforcement of its lien to the prejudice of MERUELO.

7. MERUELO disputes the validity of the maritime liens asserted by LAS AMERICAS on the following grounds:

    a. The necessaries (repairs) were not supplied to the vessel as contracted.

    b. Defendant's lien, if any, expired three years after the lien was established as set forth in 46 U.S.C.A. §31343.

    c. Defendant's lien, if any, is barred by the doctrine of laches.

    d. Defendant's lien is barred by the applicable statute of limitations.

    e. There is no maritime lien for legal and/or administrative fees.

CASE NO.
PAGE 3

8. Plaintiff has bought this action pursuant to 28 U.S.C. Section 2201 *et seq* for the purposes of determining a question in actual controversy between the parties regarding the validity of the maritime lien asserted by the Defendant against the JUGUETE.

WHEREFORE, the Plaintiff HOMERO MERUELO respectfully requests the Court to adjudge the Defendant do not possess a maritime lien against the JUGUETE. On this basis, Plaintiff respectfully request the Court to enjoin and restrain the Defendant from instituting any action to enforce its maritime lien pending determination of this action and to declare the Defendant does not possess a valid maritime lien against the JUGUETE or that said lien is limited in a manner to be proven at the time of trial.

Dated: June 9, 2006 at Miami, Florida

Respectfully submitted,

PATRICK E. NOVAK
Florida Bar No. 838764
patrickn@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Datran Building, Suite 1104
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Phone: 305.670.2525
Fax: 305.670.2526
Attorneys for Plaintiff

**JS 44 (Rev. 11/05)**

# CIVIL COVER SHEET

**06-21...**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**CIV-SEITZ**

### I. (a) PLAINTIFFS
Homero Meruelo

### DEFENDANTS
Las Americas Marine, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**/McALILEY/**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Patrick E. Novak
Horr, Novak & Skipp, PA
9100 S. Dadeland Blvd., #1104
Miami, Florida 33156   PAPE 06cu 21554

Attorneys (If Known)
Seitz
McAliley

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
DECLARATORY JUDGMENT ON MARITIME LIEN: 28 U.S.C. 2201

LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ -0-
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
Patrick E. Novak
DATE 6/12/06

**FOR OFFICE USE ONLY**
AMOUNT $350.00   RECEIPT # 94225...   IFP

06/19/06